CLERK
U.S. BANKRUPTCY COURT
NEWPORT NEWS DIVISION

2025 DEC 18 AM 9: 46

FILED

Certificate Number: 13858-VAE-CC-040418447



13858-VAE-CC-040418447

25- 51206

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 16, 2025, at 8:00 o'clock AM EST, Sheila L Tucker received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Virginia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   December 16, 2025                    By:   /s/Chloe Reardon

                                            Name:   Chloe Reardon

                                            Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).